IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-60888
_____

MANUEL ZERMENO-SILVA,

Petitioner,

versus

JOHN ASHCROFT,
ATTORNEY GENERAL,

Respondent.

---------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A91-274-443
---------------------
March 7, 2002

Before REAVLEY, WIENER, and PARKER, Circuit Judges.

PER CURIAM:[*]

Manuel Zermeno-Silva petitions for review of an order of the
Board of Immigration Appeals (BIA) holding that Zermeno-Silva's
state conviction for felony driving while intoxicated was an
aggravated felony warranting his removal from this country.  The
respondent and Zermeno-Silva have filed a joint motion to remand
the case to the BIA for reconsideration in light of United States
v. Chapa-Garza, 243 F.3d 921, 927 (5th Cir. 2001).  Both parties
also move to withdraw the respondent's motion to dismiss.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Zermeno-Silva's petition for review is GRANTED. The order of the BIA is VACATED, and this case is REMANDED to the BIA for disposition consistent with <u>Chapa-Garza</u>, 243 F.3d at 927. All other outstanding motions are DENIED.